1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   SUSAN PHAN (CABN 241637)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: Susan.Phan@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,        )   No. 4:11-mj-70487-MAG
                                     )
15          Plaintiff,               )
                                     )
16          v.                       )   **STIPULATION AND ORDER**
                                     )   **EXCLUDING TIME UNDER 18 U.S.C. §**
17  CARL McCURTIS II,                )   **3161**
                                     )
18          Defendant.               )
    _____ )
19

20          The parties appeared before the Court on May 6, 2011 for Mr. McCurtis' initial

21  appearance.  Special Assistant U.S. Attorney Susan Phan appeared on behalf of the United

22  States, and Assistant Federal Defender Joyce Leavitt appeared for Mr. McCurtis, who was

23  present out of custody.  The parties have agreed that Mr. McCurtis be placed on Pretrial

24  Diversion for a period of 6 months under the supervision of a Pretrial Services Officer.  The

25  Court specially set the matter and requested that the parties appear on December 2, 2011 for a

26  status conference.  Mr. McCurtis waived preliminary hearing and indictment.

27          The parties agree to exclude the period of time between May 6, 2011 to December 2,

28  2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties represent that

STIPULATION & ORDER EXCLUDING TIME
4:11-mj-70487-MAG

1  granting the exclusion would allow Mr. McCurtis to benefit from Pretrial's Diversion Program.

2  The parties believe that failure to grant a continuance would likely result in a miscarriage of

3  justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(i).  The parties also agree that good cause exists, and that

4  the ends of justice served by granting such an exclusion of time outweigh the best interests of the

5  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6  SO STIPULATED:

7

8                                                    MELINDA HAAG
                                                     United States Attorney

9

10  DATED: May 10, 2011            _____/s/_____
                                                     SUSAN PHAN
11                                                   Special Assistant U.S. Attorney

12

13  DATED: May 10, 2011            _____/s/_____
                                                     JOYCE LEAVITT
14                                                   Attorney for CARL McCURTIS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER EXCLUDING TIME
4:11-mj-70487-MAG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

        For the reasons stated above, the Court finds that the exclusion from the time limits
applicable under 18 U.S.C. § 3161 of the period from May 6, 2011 through December 2, 2011 is
warranted and that good cause exists, and  the ends of justice served by the continuance
outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
§3161(h)(7)(A).


        IT IS SO ORDERED.


DATED:  5/13/2011        _____
                        HONORABLE DONNA M. RYU
                        United States Magistrate Judge

STIPULATION & ORDER EXCLUDING TIME
4:11-mj-70487-MAG