1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: susan.phan@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,      )    No. 4:11-70487 MAG
                                  )
14       Plaintiff,               )
                                  )    STIPULATION AND ORDER
15    v.                          )    CONTINUING PRELIMINARY
                                  )    HEARING AND WAIVING TIME
16 CARL McCURTIS,                 )
                                  )
17       Defendant.               )
                                  )
18

19       The parties request and stipulate that the date for the status conference and preliminary

20 hearing of defendant, Carl McCurtis, be continued from Friday December 2, 2011, to Tuesday,

21 January 3, 2012. The parties also request and stipulate that, pursuant to Federal Rule of Criminal

22 Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from

23 December 2, 2011, up to and including January 3, 2012. The parties agree that – taking into

24 account the public interest in prompt disposition of criminal cases – good cause exists for this

25 extension. Defendant also agrees to toll and to waive for this period of time any time limits

26 applicable under Title 18, United States Code, Section 3161, for the effective preparation of both

27 parties.

28 //

STIP. AND ORDER RE: PRELIM.
11-70487 MAG

1  **IT IS SO STIPULATED**.

2  DATED:     December 2, 2011              Respectfully submitted,

3                                           MELINDA HAAG
                                            United States Attorney
4

5
                                            By____/s/_____
6                                           SUSAN PHAN
                                            Special Assistant U.S. Attorney
7

8  DATED:     December 2, 2011              BARRY PORTMAN
                                            Federal Public Defender
9

10
                                            By___/s/_____
11                                          JOYCE LEAVITT
                                            Attorney for Defendant
12
   **IT IS SO ORDERED.**
13
   DATED:     December 2, 2011              _____
14                                          HON. DONNA M. RYU
                                            United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER RE: PRELIM.
11-70487 MAG